Shawn Wehde, U.S. Attorney's Office, Sioux City, IA, for Plaintiff–Appellee.

Dustin Allen Dimmick, Sioux Falls, SD, pro se.

Jim K. McGough, McGough Law, P.C., Omaha, NE, for Defendant–Appellant.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Dustin Allen Dimmick directly appeals the sentence imposed by the district court [1] after he pleaded guilty to being a felon in possession of firearms. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

arguing that Dimmick was incompetent to plead guilty because he was not provided access to a law library. We conclude that access to legal materials was not required because Dimmick was represented by counsel. *Cf. Bounds v. Smith,* 430 U.S. 817, 828, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977) (inmate must have access either to adequate law library or to persons trained in law); *Bear v. Kautzky,* 305 F.3d 802, 806 (8th Cir.2002) (there is no one prescribed method of ensuring inmate access to courts). We have reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

**David Elmer OBLINGER,
Plaintiff–Appellant,**

v.

**James SIGMAN, Sheriff; Glenda Campbell, Jailer; Tom Terry, Jailer; Vince Gold, Jailer; Wes Campbell, Lieutenant; Pam Tripp, Jail Administrator;**

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District

of Iowa.

Clinton Jones, Deputy; Van Feigenschue, Jailer; Texas County Memorial Hospital; John Doe # 1, Physician on call at Texas County Memorial Hospital; John Doe # 2, Ambulance Service EMT; John Doe # 3, Ambulance Service EMT, Defendants–Appellees.

No. 15–3261.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 18, 2016.

Filed: March 4, 2016.

David Elmer Oblinger, Houston, MO, pro se.

No appearance for appellees.

Before SMITH, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Missouri inmate David Oblinger appeals the district court's preservice dismissal of his 42 U.S.C. § 1983 complaint asserting numerous claims of constitutional violations. Upon de novo review of Oblinger's complaint and attached exhibits, we conclude that he did not state any claim for relief. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47A(a). We also grant Oblinger's motion for leave to appeal in forma pauperis, and deny his motions for appointment of appellate counsel.